```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION
```

LORENZO EDWARD ERVIN, JR.       )
                                )
        Plaintiff,               )
                                )
v.                              )   No. 3:07-0832
                                )   JUDGE ECHOLS
NASHVILLE PEACE AND JUSTICE     )
CENTER and BOARD OF DIRECTORS,  )
NASHVILLE PEACE AND JUSTICE     )
CENTER,                         )
                                )
        Defendants.              )

## ORDER

Pending before the Court are the Report and Recommendation ("R&R") entered by the United States Magistrate Judge on September 2, 2008 (Docket Entry No. 95), Defendants' Motions to Dismiss Or, In The Alternative, For Summary Judgment (Docket Entry Nos. 23 & 25), and Plaintiff's Motion for Judgment on the Pleadings Or For A Summary Judgment (Docket Entry No. 62).

The Magistrate Judge recommends granting the Defendants' motions as to all claims in the action except for Plaintiff's claims brought under 42 U.S.C. § 1981 and for state-law breach of contract. The Magistrate Judge also recommends denying Plaintiff's motion.

The Plaintiff did not file any objections to the R&R, even though he received notice from the Court that he had ten (10) days after service of the R&R within which to file any objections.

1

In reviewing an R&R, the Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b). Having carefully reviewed the entire record in the case, the Court finds that no material error of fact or law appears in the R&R. Accordingly,

(1) the R&R of the Magistrate Judge (Docket Entry No. 95) is hereby ACCEPTED.

(2) Defendants' Motions To Dismiss Or In The Alternative For Summary Judgment (Docket Entry No. 23 & 25) are hereby GRANTED IN PART and DENIED IN PART. All of Plaintiffs' claims except those brought under 42 U.S.C. § 1981 and for state-law breach of contract are hereby DISMISSED WITH PREJUDICE.

(3) Plaintiff's Motion For Judgment on the Pleadings Or For A Summary Judgment (Docket Entry No. 62) is hereby DENIED.

(4) The case is hereby returned to the Magistrate Judge for further case management proceedings.

It is so ORDERED.

ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE